DAVID J. KAMINSKI, ESQ. (SBN #128509)
kaminskd@cmtlaw.com
STEPHEN A. WATKINS, ESQ. (SBN #205175)
Watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
FIRSTSOURCE ADVANTAGE, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JACOB ROMYN<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST SOURCE ADVANTAGE, LLC<br><br>　　　　　Defendant. | CASE NO. 2:09-cv-05608-CBM-VBK<br><br>District Judge: Hon. Consuelo B. Marshall<br>Magistrate Judge: Hon. Victor B. Kenton<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH PROPOSED ORDER]** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant FIRSTSOURCE ADVANTAGE, LLC and Plaintiff JACOB ROMYN through their respective counsel of record, that Plaintiff shall dismiss, with prejudice the above-entitled lawsuit in its entirety, as to all parties named therein, pursuant to FRCP 41(a)(1).

///
///
///
///
///

06029.00/160445

1

**STIPULATION RE DISMISSAL, et al.**

1 | Each party shall bear its own costs and expenses.

3 | DATED:  December 29, 2009         CARLSON & MESSER LLP

By: /s/David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
FIRSTSOURCE ADVANTAGE, LLC

8 | DATED: December 29, 2009          KROHN & MOSS Ltd.

By: /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff, JACOB ROMYN

06029.00/160445

2

**STIPULATION RE DISMISSAL, et al.**